LOUISVILLE & NASHVILLE RAILROAD COMPANY *v.* WESTERN UNION TELEGRAPH COMPANY.

HILL, J. The decision this day rendered in the case of *Nashville, Chattanooga & St. Louis Railway* v. *Western Union Telegraph Company* is controlling as to the questions made in this case.

*Judgment reversed. All the Justices concur.*
SEPTEMBER 30, 1914.